IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | Case No.: 18-mj-2069DPR |
| DWIGHT MOODY COX, | ) |  |
| Defendant. | ) |  |

**ORDER TO UNSEAL PRE-INDICTMENT/INFORMATION (TARGET) ELECTRONIC CASE FILE**

As a result of criminal charges having been filed against the above defendant, IT IS HEREBY ORDERED that the pre-indictment/information (target) electronic case file (ECF) be unsealed and processed in accordance with established procedure.

By: /s/ Matt J. Whitworth
Matt J. Whitworth
Chief United States Magistrate Judge

Dated: December 12, 2018